UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IMIRACLE (HK) LIMITED,
    Plaintiff,

v.                                          CASE NO. 3:22-cv-1411-HES-LLL

KINAN SHOUK, INC d/b/a SMOKERS
WORLD and KINAN SHOUK,
    Defendants.
_____/

## ORDER

This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal" (Dkt. 16).

Accordingly, it is **ORDERED**:

1. Based on to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff's "Notice of Voluntary Dismissal" (Dkt. 16) is **GRANTED**, and this action is dismissed; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of October 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gabrielle Alexa Penalta, Esq.